UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

RICHARD ANTHONY REYNA DENSMORE
(a/k/a "Rabid"),

  Defendant.
_____/

Case No. 1:24-CR-7

Hon. Hala Y. Jarbou
Chief U.S. District Judge

GOVERNMENT'S INITIAL PRETRIAL
CONFERENCE SUMMARY
STATEMENT

**I.**   **DISCOVERY**

A.   Statements of Defendant

  1.   Oral Statements [Rule 16(a)(1)(A)]

  ☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).
  ☒ **There are the following oral statements:**

  **February 2, 2023 Interview**

  ☒ **has been disclosed to defense counsel**
  ☐ will be disclosed to defense counsel

  2.   Written or Recorded Statements [Rule 16(a)(1)(B)]

  ☐ There are no written or recorded statements or grand jury testimony of defendant.
  ☒ **There are the following written or recorded statements or grand jury testimony:**

  **Chats Involving "Rabid"**
  **Screen Recordings of "Rabid"**

  All written or recorded statements
  ☐ have been disclosed to defense counsel.
  ☒ **will be disclosed to defense counsel on or before 2/9/2024.**

B.   Defendant's Prior Record [Rule 16(a)(1)(D)]

☐ The government has made due inquiry and is not aware of any prior criminal record.
☐ The government has disclosed defendant's prior criminal history.
☒ **The government is now making inquiry into defendant's prior criminal history.**
  The results will be disclosed to defense counsel upon receipt.

C.  Documents and Tangible Objects [Rule 16(a)(1)(E)]

☐ The government has no documents, tangible objects, or physical evidence required to be disclosed.
☐ The government has the following documents, tangible objects, and physical evidence:
  ☐ Controlled Substances:
  ☐ Drug Paraphernalia:
  ☒ **Records:**

  **Agent Reports and Interview Summaries**
  **Electronic Evidence from Search Warrants**
  **Photographs and Physical Evidence from Search Warrants**
  **Victim Interview Recordings**
  **Complaints to Law Enforcement**
  **Subpoena Returns (e.g., ISP Subscriber Information)**
  **Discord Data**
  **Snapchat Data**
  **Open Source Research**

  ☐ Drug Records:
  ☐ Firearms:
  ☐ Inventory (attached)
  ☒ **Other:**

  **Phone Extraction – Densmore Motorola Moto G Pure**
  **Phone Extraction – Densmore iPhone**
  **Phone Extraction – Victim 1**
  **Phone – Victim 2**

  **Forensic Extractions of Phones Seized During January 31, 2024 Search Warrant**

☐ The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State
  ☒ **Federal  (list case number and caption)**

  **In re Discord Information Associated with User ID: 987632489059213422, et al., No. 1:22-MJ-00430 (W.D. Mich.)**

  **In re Discord Information Associated with User IDs, No. 1:22-MJ-00529 (W.D. Mich.)**

  **In re Information Associated with Snapchat Accounts "rabidbatsoup" and "sleepswr," No. 1:23-MJ-00259 (W.D. Mich.)**

  **In re Search of 7721 Adamson Lake Road, Kaleva, Michigan, et al., No. 1:23-MJ-00047 (W.D. Mich.)**

In re Search of 7721 Adamson Lake Road, Kaleva, Michigan, et al.,
No. 1:24-MJ-00031 (W.D. Mich.)

☐ They have been made available for inspection and copying by defense counsel.
☒ **Defense counsel should make arrangements with Assistant U.S Attorney Adam Townshend**

D. Reports of Examinations and Tests [Rule 16(a)(1)(F)]

☒ **The government has no reports of examinations or tests required to be disclosed by Rule 16.**

☐ The government has or expects to have reports of the following examinations and tests:

☐ Drug Analysis  ☐ Handwriting  ☐ Fingerprints
☐ DNA  ☐ Firearms/Nexus  ☐ Gun Operability
☐ Computer and Cell Phone Forensics  ☐ Other BAC Test

E. Reciprocal Discovery

☒ **The government seeks reciprocal discovery.**

F. Notice Under FRE 404(b)

☐ The government does not presently intend to introduce 404(b) evidence.
☐ The government does presently intend to introduce the following 404(b) evidence:
☒ **The government will provide pretrial notice of 404(b) evidence at least two weeks before the final pretrial conference.**

G. Other Discovery Matters:

**The government will continue to produce discovery via USAfx and provide itemized descriptions of discovery materials.**

II. **TRIAL**

A. **The government requests a ☒ jury  ☐ non-jury trial.**
B. **Length of trial excluding jury selection is estimated at 2 days**

III. **MISCELLANEOUS**

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ **The government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.**
☐ The government is aware of the following potential conflict(s):

☒ **Government's plea negotiation policy: No concessions within 2 weeks of trial date**

Date: February 2, 2024                                       /s/ Adam B. Townshend
                                                             Assistant United States Attorney