## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Richard Anthony Reyna Densmore | Mag. Judge: | Ray Kent |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:24-cr-00007-HYJ | February 5, 2024 | 2:25 - 3:07 p.m.; 3:13 - 3:31 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Adam B. Townshend | Defendant: James S. Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-5 | Read __<br>Reading Waived ✓ |

### TYPE OF HEARING
- __ First Appearance
- ✓ Arraignment:
  - __ mute   __ nolo contendre
  - ✓ not guilty   __ guilty
- ✓ Initial Pretrial Conference
- ✓ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- ✓ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Rule 5(f) Order

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
  __ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Government called Special Agent Reese McIntyre for testimony. Government Exhibits 1-6 admitted.

Government's motion for detention denied.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __Yes   __No
Defendant informed of right to appeal:   __Yes   __No
Counsel informed of obligation to file appeal:  __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 10,000.00   Unsecured |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** S. Carpenter |