UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 1:24-cr-7

v.

Hon. HALA Y. JARBOU
Chief U.S. District Judge

RICHARD ANTHONY REYNA DENSMORE
(a/k/a "Rabid"),

        Defendant.
_____/

**CERTIFICATE IN ACCORDANCE WITH**
**<u>LOCAL CRIMINAL RULE 12.4</u>**

    In accordance with L. Crim. R. 12.4, (L. Civ. R. 7.1) and Administrative Order No. 15-RL-78, the United States contacted counsel for defendant, who opposes government's emergency motion for revocation of order of release.

                          MARK A. TOTTEN
                          United States Attorney

Dated: February 6, 2024       */s/ Adam Townshend*
                                    ADAM TOWNSHEND
                                    Assistant United States Attorney
                                    P.O. Box 208
                                    Grand Rapids, Michigan 49506
                                    (616) 456-2404