# UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. RICHARD ANTHONY REYNA DENSMORE | | | | DISTRICT JUDGE: Hala Y. Jarbou |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:24-cr-7 | 2/8/2024 | 11:03 AM – 11:56 AM | Lansing | N/A |

### APPEARANCES

| Government: Adam Barrett Townshend | Defendant: James Stevenson Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ☐ Arraignment:<br>　__mute　__nolo contendre<br>　__not guilty　__guilty<br>☐ Final Pretrial Conference<br>☐ Detention　(waived __)<br>☒ Motion Hearing<br>☐ Revocation/SRV/PV<br>☐ Bond Violation<br>☐ Change of Plea<br>☐ Sentencing<br>☐ Trial<br>☐ Other: _____ | ☐ Defendant's Rights<br>☐ Waiver of Indictment<br>☐ Other: _____<br><br>Court to Issue:<br>☐ Order of Detention<br>☐ Notice of Sentencing<br>☐ Order Appointing Counsel<br>☐ Other: _____ | Charging Document:<br>　☐ Read　☐ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>☐ Presentence Report Ordered<br>☐ Presentence Report Waived<br>☐ Plea Accepted by the Court<br>☐ Plea Taken under Advisement<br>☐ No Written Plea Agreement |

### SENTENCING

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: ☐Yes ☐No ☐N/A<br>Defendant informed of right to appeal: ☐Yes ☐No<br>Counsel informed of obligation to file appeal: ☐Yes ☐No<br>Conviction Information:<br>　Date: _____<br>　By: _____<br>　As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Motion hearing held; Government's Emergency Motion for Revocation of Order of Release (ECF No. 15) granted; order to issue.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Trisha Cameron | **Case Manager:** B. Sauve |