UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD ANTHONY REYNA
DENSMORE,

    Defendant.
_____/

Case No. 1:24-cr-7

Hon. Hala Y. Jarbou

## ORDER

The Court held a motion hearing on the record, with all parties present, on February 8, 2024, regarding the Government's Emergency Motion for Revocation of Order of Release (ECF No. 15).  For the reasons stated on the record,

**IT IS ORDERED** that the Government's motion (ECF No. 15) is **GRANTED**, and the Magistrate Judge's Appearance Bond and Order Setting Conditions of Release (ECF No. 14) is **REVERSED**.

**IT IS FURTHER ORDERED** that, pending trial in this matter, Defendant is committed to the custody of the attorney general or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver

Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: February 8, 2024              /s/ Hala Y. Jarbou
                                     HALA Y. JARBOU
                                     CHIEF UNITED STATES DISTRICT JUDGE