Richard Densmore is a United States army Veteran who served his country during The Kewait Conflict as well as being stationed in other areas as Germany and the Stat

Richard went to Boot Camp shortly after he had graduated from high school; he was 19 years old when he went into The Service.

While Richard was in the Service Serving his Time in Kewait he was flown back To the States and admitted to Walter Reed Medical Center in Bethesda Maryland. where he was diagnosed with a personality disorder and later released from The hospital and released from the Militery on a honorable discharge.

Throughout Richards Time living back in the States he got married for several years and was his home Sole supporter/provider; eventually got a devorce due to his wife was on Substance abuse and mad. for a very Toxic environment - Richard is a Very non violent person and doesn't like To be around drama or Drugs Etc..

Throughout Their marrage Richard came back and forth. Back home To our property and after The Divorce he just moved back home

2

Since he has been his 85 year olds Grandma's
Round the clock caregiver except when he goes to
work. his grandma has health issues as well as
dementia / alzheimers disease.
Richard and his grandma have always very close
all his life.

Richard usually spends his days Just keeping to
himself or just doing the norm around the Trailer
and yard - Richards only basically taking care of
his grandma and going to work, or spending
time with his cat (Mittens)

Richard is very well liked and is a good person
with a big heart and would help anyone in need.

My Son and I have been very close all our lives -
his Dad was shot and killed by a off duity
Security guard when Richard was less then 2 years o
So its allways Just been me, Richard and
his grandma Threwout Richards life

I Kindly request the courts leniency in Sentencing, Considering my Sons remorse, Cooperation, and Commitment To rehabilitation."

In closing, I ask The Court To Consider The long Term Consequences of Sentencing of my Sons life and our family

Thankyou for the courts Time
Sincerely, Richards mom

Rain Dove

Rain Dove
7721 Adamson 1k Rd
Kaleva, Michigan
49645

231-970-1720   Contact phone