My name is Shawna Ewing nee Hillman, I've [known?]
Rick Densmore since 2014 when my husband and I m[oved?]
from Lansing where I graduated from MSU with a bache[lor's in?]
Animal Science. We met visiting his grandmother Janice Gra[y?]
I believe I was helping move furniture. He has always [helped?]
with anything I needed while at his house that he share[s with?]
his grandma and mother. He takes wonderful care of his [family?]
and pays to have his moms vehicles repaired. Rick <u>loves</u> hi[s cat?]
Mittens and I have never known of him to call off we[ll, for?]
awhile there, probably most of a summer I was over [multiple?]
times a week for vehicle repairs and moving things such as [a]
chicken coop.

Rick has always come across as quiet and kind. H[e doesn't?]
really ever talk to my kiddos much but would get th[em things?]
when asked and help with his mom when cleaning up [things?]
were done. We didn't have many lengthy conversations but [when we did he seemed?]
to be thoughtful when we spoke. Slow to respond and chose [his words?]
with care. He has an honorable discharge from the army and [has always?]
worked that I know of. All the while caring for his family. [He?]
may not have a huge impact on the community it has a [big impact?]
on them. I hope you take my recollections and knowledge o[f his?]
character into account when determining sentencing.
  Sincerely Shawna Ewing
  [signature]
  10/7[/24?]