**CAUTION:** NOT TO BE USED FOR IDENTIFICATION PURPOSES. THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| DENSMORE, RICHARD ANTHONY RE | ARMY/RA | |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SGT | E5 | | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| KALEVA, MI | 7721 ADAMSON LK RD<br>KALEVA, MI 49645-0000 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| W2DH W REED AMC MED HOLDING CO HS | WALTER REED AMC WASH, DC 20307-5001 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE None |
|---|---|
| NA | Amount $250,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 19K20 K4 M1 ARMOR CREWMN--6 YRS-7 MOS //NOTHING FOLLOWS | a. Date entered AD This Period | 1995 | 08 | 21 |
| | b. Separation Date This Period | 2002 | 06 | 19 |
| | c. Net Active Service This Period | 0006 | 09 | 29 |
| | d. Total Prior Active Service | 0000 | 00 | 00 |
| | e. Total Prior Inactive Service | 0000 | 00 | 00 |
| | f. Foreign Service | 0000 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1999 | | |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
NATIONAL DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS

BEAUFORT COUNTY SC- ROD
BK 01806 P 0158 IN 2003058147
DATE: 07/25/2003 03:57:57 PM
REC BY B BING RCPT# 169232

**14. MILITARY EDUCATION** (Course title, number of weeks and month and year completed)
M1 ARMOR CREWMEMBER, JUL 1995//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID 36.5 |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No X |
|---|---|---|

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SEPARATED FROM SERVICE ON TEMPORARY RECORDS AND SOLDIER'S AFFIDAVIT//DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//SEPARATION PAY-- $8894.52//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//MEMBER IS ENTITLED TO HALF INVOLUNTARY SEPARATION PAY//NOTHING FOLLOWS

SC in Book # 1806 Pg # 158
On July 25, 2003
This Document contains 1 pages
Roberta King
Beaufort County, SC - Register of Deeds

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| P. O. BOX 133<br>ONEKAMA, MI 49675-5001 | SHELLY DENSMORE<br>7721 ADAMSON LK RD<br>KALEVA, MI 49645-0000 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | MI DIR OF VET. AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|---|

**21. SIGNATURE OF MEMBER BEING SEPARATED**
SOLDIER NOT AVAILABLE TO SIGN

NATHANIEL M. LEE, D.A.C, CHIEF TRANSITION CEN

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, PARA 5-13 | JFX | 3 |

| 28. NARRATIVE REASON FOR SEPARATION | |
|---|---|
| PERSONALITY DISORDER | 30. MEMBER REQUESTS COPY 4 |

| 29. DATES OF TIME LOST DURING THIS PERIOD | Initials |
|---|---|
| NONE | |

DD Form 214-AUTOMATED, NOV 88     Previous editions are obsolete.     MEMBER - 4